CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

APR 21 2014

JULIA ... CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH CLINE O'CONNER,<br>    Petitioner, | ) ) ) | Civil Action No. 7:14-cv-00128 |
| v. | ) ) ) | ORDER |
| DIRECTOR,<br>    Respondent. | ) ) ) | By:  Hon. James C. Turk<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

**ENTER:** This _18th_ day of April, 2014.

                                       /s/ James C. Turk
                                  Senior United States District Judge